**IN THE UNITED STATES DISTRICT COURT**

FILED
BILLINGS, MT

**FOR THE DISTRICT OF MONTANA**

2006 FEB 7 PM 2/31

**BILLINGS DIVISION**

PATRICK E. DUY, CLERK

| | |
|---|---|
| JAMES MORRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| CITY OF BILLINGS; PHILLIP | ) |
| HAGEMAN; JOSH MIREL; and | ) |
| JOHN and JANE DOES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

CV-05-47-BLG-RFC    BY _____
DEPUTY CLERK

**ORDER ADOPTING FINDINGS
AND RECOMMENDATIONS OF
U.S. MAGISTRATE JUDGE**

On January 11, 2006, United States Magistrate Judge Richard W. Anderson entered his

Findings and Recommendation.  Magistrate Judge Anderson recommends Plaintiff's complaint

(*Doc. #1*) be dismissed with prejudice.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to

file written objections.  28 U.S.C. § 636(b)(1).  In this matter, no party filed objections to the

January 11, 2006 Findings and Recommendation.  Failure to object to a magistrate judge's

findings and recommendation waives all objections to the findings of fact.  *Turner v. Duncan*,

158 F.3d 449, 455 (9th Cir. 1999).  However, failure to object does not relieve this Court of its

burden to review de novo the magistrate judge's conclusions of law.  *Barilla v. Ervin*, 886 F.2d

1514, 1518 (9th Cir. 1989).

After an extensive review of the record and applicable law, this Court finds Magistrate

Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts

1

them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's complaint (*Doc. #1*) is

**DISMISSED WITH PREJUDICE**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the ___ day of January 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF MAILING
DATE: 2/7/06  BY: ___
I hereby certify that a copy
of this order was mailed to:

J. Morrison
RWA

2